# EXHIBIT 2

**Kid Dangerous, LLC's Infringing Products**

| Product Name | Product Image and URL |
|---|---|
| Boomboxes Black T-Shirt | <br><br>https://www.kiddangerous.com/collections/mens-photo-graphic-tees/products/boomboxes-black-t-shirt |
| Boomboxes Fashion Adult Face Mask | <br><br>https://www.kiddangerous.com/collections/face-masks/products/boomboxes-fashion-face-mask |

**Kid Dangerous, LLC's Infringing Products**

| Product Name | Product Image and URL |
|---|---|
| Boom Boxes Heather Red Kid's T-Shirt | <br><br>https://www.kiddangerous.com/collections/kids-music-tees/products/boom-boxes-heather-red-kids-t-shirt |
| Boom Boxes Heather Black Kid's T-Shirt | <br><br>https://www.kiddangerous.com/collections/kids-music-tees/products/boom-boxes-black-kids-t-shirt |

**Kid Dangerous, LLC's Infringing Products**

| Product Name | Product Image and URL |
|---|---|
| Tropical Boom Box White Kid's T-Shirt | |
| | https://www.kiddangerous.com/collections/kids-music-tees/products/tropical-boom-box-white-kids-t-shirt |
| Tropical Boombox White T-Shirt | |
| | https://www.kiddangerous.com/collections/mens-new-arrivals/products/tropical-boombox-white-t-shirt |

**Kid Dangerous, LLC's Infringing Products**

| Product Name | Product Image and URL |
|---|---|
| Tropical Boombox Black T-Shirt | |
| | https://www.kiddangerous.com/collections/mens-new-arrivals/products/tropical-boombox-black-t-shirt |
| Boomboxes Fashion Kid's Face Mask | |
| | https://www.kiddangerous.com/collections/kids-face-masks/products/boomboxes-fashion-kids-face-mask |

Take $25 off every $100 you spend on a large selection of items with code CYBER. Online only. Ends 10/14. INFO/EXCLUSIONS

**The Registry**   STORES & EVENTS   SHOPPING SERVICES    MY ACCOUNT   USD

# bloomingdale's

Search 🔍  ♡  

SALE   WOMEN   SHOES   HANDBAGS   JEWELRY & ACCESSORIES   BEAUTY   MEN   KIDS   HOME   DESIGNERS   EDITORIAL   GIFTS

Men



### Kid Dangerous
Boom Boxes Print Face Mask

★★★★★  5 (1)

$15.00

COLOR: Black

QTY

[ 1 ▾ ]

● SHIP
Enter your Zip Code to see delivery availability.

○ PICK UP AT STORE
Check your local store if you want it sooner.

**ADD TO BAG**

ADD TO WISH LIST

**FREE SHIPPING FOR EVERYONE DURING CYBER SALE!**
Ends 10/14! Info/Exclusions

**PRODUCT DETAILS**                                                —

- One size fits most adults
- Reusable
- Two-layer design with adjustable ear ties
- Boom boxes print
- Wash before first use
- Dimensions: 10"W x 6.25"L
- The CDC recommends face coverings in community settings. This mask is not a replacement for medical grade Personal Protective Equipment and does not replace other measures to stop the community spread of COVID-19.
- Please continue practicing social distancing, washing your hands, and refraining from touching your face.
- Returns will not be accepted on masks due to safety and health precautions.
- This mask should not be placed on young children under age 2, anyone who has trouble breathing or is unconscious, incapacitated or otherwise unable to remove the mask without assistance.
- Made in USA
- Web ID: 3747465

**MATERIAL & CARE**                                              —

- Cotton
- Machine wash

**SHIPPING & RETURNS**                                           +

You Might Also Love

Kid Dangerous
$15.00

Robert Graham
$28.00

Kid Dangerous
$15.00

Robert Graham
$28.00

Lacoste
$50.00

  

RECOMMENDED FOR YOU



| Robert Graham | Robert Graham | Lacoste | Robert Graham | Helmut Lang | Mavi |
|---|---|---|---|---|---|
| $28.00 | $28.00 | $50.00 | $35.00 | $40.00 | $98.00 |

---

REVIEWS (1)   —

---

RECENTLY VIEWED ITEM



| | | |
|---|---|---|
| 2 ★ | | 0 |
| 1 ★ | | 0 |

★★★★★  annebeth · 17 hours ago                                    🎁 Incentivized Review

**thought it was good**

just started to use it

◉ Yes,  I recommend this product.

Helpful?   Yes · 0    No · 0    REPORT

COMMENT



RECENTLY VIEWED ITEM

- FREE SHIPPING ON ALL DOMESTIC ORDERS -



NEW ARRIVALS ⌄   FACE MASKS ⌄   MENS ⌄   KIDS ⌄   ON SALE ⌄   GIVING BACK          LOGIN   🔒   🔍



## Boomboxes Fashion Kid's Face Mask

$16.00

Size


LITTLE KID ⌄

−   1   +   **ADD TO CART**

   

**Kid's Fashion Face Mask**

The Centers for Disease Control and Prevention is now advising Americans to voluntarily wear a basic cloth or fabric face mask when they go out to help curb the spread of the corinavirus. These non-medical, machine washable face masks are available now and for every mask you purchase, we'll be donating a mask to LA Family Housing who has the difficult task of helping the City's homeless population during the pandemic.

In typical Kid Dangerous style, we've decided to add our flair to the face masks so you can protect yourself and those around you and have fun with it all at the same time.

SIZING: We have two sizes of masks: Little Kid and Big Kid. Here is the sizing info and recommendations but please choose based on your child's head size:

LITTLE KID: 4.0" Tall x 6.5" Wide (Ages 1 - 4)

BIG KID: 4.75" Tall x 7.0" Wide (Ages 5-10)

For children ages 11 and up, we'd suggest considering an adult mask which measures 6.25" Tall by 10.0" wide depending on the size of their head.

- Non Surgical Cloth Mask - No Filter
- Cotton Poly Blend Material - Elastic Band
- Machine Washable
- Signature Details - Kid Dangerous Woven Hem

Tag

- Allow 2-3 days for order processing due to high order volumes

PLEASE NOTE THAT DUE TO SAFETY CONCERNS, WE WILL NOT ACCEPT RETURNS OR EXCHANGES ON ANY MASKS UNLESS THE MASKS WERE DAMAGED UPON RECEIPT.


**Free Shipping On All Domestic Orders**


**No-Hassle Returns**

**Printed In The USA**

**Premium Quality**

Step your Tee Game up. Sign up for our mailing list and receive **10% off + first access** to future gear.

Enter your email          SUBSCRIBE

  

**CUSTOMER CARE**

1-888-705-3510

MON-FRI | 9am - 5pm PST

help@kiddangerous.com

**COLLECTIONS**

**HELP + INFO**

CONTACT US

SHIPPING

RETURN POLICY

PRIVACY POLICY

STOCKISTS

TERMS OF SERVICE

**ACCOUNT**

LOG IN

REGISTER

COPYRIGHT © 2020 KID DANGEROUS. POWERED BY SHOPIFY





NEW ARRIVALS ⌄   FACE MASKS ⌄   MENS ⌄   KIDS ⌄   ON SALE ⌄   GIVING BACK          LOGIN      





## Boom Boxes Black Kid's T-Shirt

$28.00

Size

| 3-6 MO | ⌄ |

| − | 1 | + | ADD TO CART |



**Kid's Premium Black Graphic Tee**

Go old school in our Boom Boxes Kid's Premium Black Graphic Tee.

- 100% Cotton Fabric - Breathable & Durable
- Soft, High Quality Material
- See Size Chart for Specs
- Woven Hem Tag

 **Free Shipping On All Domestic Orders**      **No-Hassle Returns**

 **Printed In The USA**     Premium Quality

Step your Tee Game up. Sign up for our mailing list and receive **10% off + first access** to future gear.

| Enter your email |   **SUBSCRIBE**

   

**CUSTOMER CARE**

1-888-705-3510

MON-FRI | 9am - 5pm PST

help@kiddangerous.com

**COLLECTIONS**

**HELP + INFO**

CONTACT US

SHIPPING

RETURN POLICY

PRIVACY POLICY

STOCKISTS

TERMS OF SERVICE

**ACCOUNT**

LOG IN

REGISTER

COPYRIGHT © 2020 KID DANGEROUS. POWERED BY SHOPIFY



NEW ARRIVALS ⌄   FACE MASKS ⌄   MENS ⌄   KIDS ⌄   ON SALE ⌄   GIVING BACK

LOGIN    0   🔍



## Boom Boxes Heather Red Kid's T-Shirt

**$28.00**

Size

[ 2                                                ⌄ ]

[ − ]   1   [ + ]   **ADD TO CART**

      

**Kids Premium Heather Red Graphic Tee**

Go old school in our Boom Boxes Kid's Premium Heather Red Graphic Tee.

NOT AVAILABLE IN INFANT SIZES

- 50% Cotton 50% Polyester
- Super Soft Material
- See Size Chart for Specs
- Woven Hem Tag

 **Free Shipping On All Domestic Orders**

 **No-Hassle Returns**

 **Printed In The USA**

 **Premium Quality**

Step your Tee Game up. Sign up for our mailing list and receive **10% off + first access** to future gear.

[ Enter your email ]   **SUBSCRIBE**

   

CUSTOMER CARE

1-888-705-3510

MON-FRI | 9am - 5pm PST

help@kiddangerous.com

COLLECTIONS

HELP + INFO

CONTACT US

SHIPPING

RETURN POLICY

PRIVACY POLICY

STOCKISTS

TERMS OF SERVICE

ACCOUNT

LOG IN

REGISTER

COPYRIGHT © 2020 KID DANGEROUS. POWERED BY SHOPIFY

- FREE SHIPPING ON ALL DOMESTIC ORDERS -



NEW ARRIVALS ⌄   FACE MASKS ⌄   MENS ⌄   KIDS ⌄   ON SALE ⌄   GIVING BACK          LOGIN      



## Tropical Boom Box White Kid's T-Shirt

$28.00

Size

3-6 MO ⌄

−   1   +   **ADD TO CART**

    

**Kids Premium White Graphic Tee**

Jam out all night in our Tropical Boom Box Kids Premium White Graphic Tee.

- 100% Cotton Fabric - Breathable & Durable
- Soft, High Quality Material
- See Size Chart for Specs
- Woven Hem Tag

   **Free Shipping On All Domestic Orders**             **No-Hassle Returns**

   **Printed In The USA**             **Premium Quality**

Step your Tee Game up. Sign up for our mailing list and receive **10% off + first access** to future gear.



Enter your email          SUBSCRIBE

**CUSTOMER CARE**

1-888-705-3510

MON-FRI | 9am - 5pm PST

help@kiddangerous.com

**COLLECTIONS**

**HELP + INFO**

CONTACT US

SHIPPING

RETURN POLICY

PRIVACY POLICY

STOCKISTS

TERMS OF SERVICE

**ACCOUNT**

LOG IN

REGISTER

COPYRIGHT © 2020 KID DANGEROUS. POWERED BY SHOPIFY

Help

- FREE SHIPPING ON ALL DOMESTIC ORDERS -



LOGIN      Q

NEW ARRIVALS ⌄    FACE MASKS ⌄    MENS ⌄    KIDS ⌄    ON SALE ⌄    GIVING BACK

### Tropical Boombox Black T-Shirt

$34.00

Size

S ⌄

−   1   +    ADD TO CART

    

**Men's Premium Black Graphic Tee**

Dance the night away in our Tropical Boombox Men's Premium Black Graphic Tee.

- 100% Cotton Fabric - Breathable & Durable
- Soft, High Quality Material
- Modern Fit - See Size Chart for Specs
- Signature Details - Zig Zag Stitch Neck Label, Woven Hem Tag

                          

**Free Shipping On All Domestic Orders**      **No-Hassle Returns**

                          

**Printed In The USA**                        **Premium Quality**









Step your Tee Game up. Sign up for our mailing list and receive **10% off + first access** to future gear.

Enter your email

SUBSCRIBE

   

CUSTOMER CARE

1-888-705-3510

MON-FRI | 9am - 5pm PST

help@kiddangerous.com

COLLECTIONS

HELP + INFO

CONTACT US

SHIPPING

RETURN POLICY

PRIVACY POLICY

STOCKISTS

TERMS OF SERVICE

ACCOUNT

LOG IN

REGISTER

COPYRIGHT © 2020 KID DANGEROUS. POWERED BY SHOPIFY



- FREE SHIPPING ON ALL DOMESTIC ORDERS -



LOGIN        Q

NEW ARRIVALS ⌄     FACE MASKS ⌄     MENS ⌄     KIDS ⌄     ON SALE ⌄     GIVING BACK

### Tropical Boombox White T-Shirt

$34.00

Size

| S | ⌄ |

| − | 1 | + | ADD TO CART |

    

**Men's Premium White Graphic Tee**

Catch us dancing the night away in our Tropical Boombox Men's Premium White Graphic Tee.

- 60/40 Cotton Polyester Fabric
- Breathable & Durable
- Super Soft, High Quality Material
- Modern Fit - See Size Chart for Specs
- Signature Details - Zig Zag Stitch Neck Label, Woven Hem Tag


**Free Shipping On All Domestic Orders**


**No-Hassle Returns**


**Printed In The USA**


**Premium Quality**







Step your Tee Game up. Sign up for our mailing list and receive **10% off + first access** to future gear.

Enter your email

**SUBSCRIBE**

  

CUSTOMER CARE

1-888-705-3510

MON-FRI | 9am - 5pm PST

help@kiddangerous.com

COLLECTIONS

HELP + INFO

CONTACT US

SHIPPING

RETURN POLICY

PRIVACY POLICY

STOCKISTS

TERMS OF SERVICE

ACCOUNT

LOG IN

REGISTER

COPYRIGHT © 2020 KID DANGEROUS. POWERED BY SHOPIFY





**Pick up today—earn a $10 promo card.** Now–October 25. See Restrictions

NORDSTROM

Women Men Kids Home & Gifts Beauty Designer Collections Sale Services Brands Search Sign In 0

< Back to results

# Boom Boxes Graphic T-Shirt

KID DANGEROUS

Baby

$22.00 FREE SHIPPING

Get a $40 Bonus Note when you use a new Nordstrom credit card. Apply now

Your tyke is sure to like the old-school vibes booming from this graphic T-shirt.

Size

Size guides

Black

1

6 people are viewing

Add to Bag

+ Add to Wish List

SHOPPING IN: 44141

**People also viewed**

Kid Dangerous
**$22.00**

Kid Dangerous
**$22.00**

$22.00 FREE SHIPPING

Get a $40 Bonus Note when you use a new Nordstrom credit card. Apply now

Your tyke is sure to like the old-school vibes booming from this graphic T-shirt.

Size

Size guides

Black

1

6 people are viewing

Add to Bag

+ Add to Wish List

Kid Dangerous
**$22.00**

Kid Dangerous
**$22.00**

Kid Dangerous
**$22.00**

SHOPPING IN: 44141

**Free Shipping**

This item will be shipped via standard shipping.

**Buy & Pick Up**

Not available

Kid Dangerous
**$22.00**

## DETAILS & CARE

Your tyke is sure to like the old-school vibes booming from this graphic T-shirt.

- 100% cotton
- Machine wash, tumble dry
- Imported
- Kids' Wear
- Item #5978328

**Free Shipping & returns** See more

## GIFT OPTIONS

Let us help you get your Nordstrom gifts ready to give with free gift wrap for all pickup and in-store purchases. Just ask for a gift kit or signature wrapping at the store.

**Pickup & In-Store Purchases**

DIY gift kit (free)

Wrapped in our signature box (free)

## LOOKS

Finding your new look.

## Frequently bought together



Doddle & Co
$18.99

From Kid Dangerous, miles and Jordan

## Frequently bought together



| | | | | |
|---|---|---|---|---|
| Kid Dangerous | Bella Tunno | WubbaNub™ | Tucker + Tate | Tucker + Tate |
| $22.00 | $15.00 | $14.95 | $25.00 | $22.00 |
| | | ★★★★★ (99) | ★★★★★ (1) | ★★★★★ (3) |

| | | | | |
|---|---|---|---|---|
| Kid Dangerous | Bella Tunno | WubbaNub™ | Tucker + Tate | Tucker + Tate |
| $22.00 | $15.00 | $14.95 | $25.00 | $22.00 |
| | | ★★★★★ (99) | ★★★★★ (1) | ★★★★★ (3) |

https://www.pinterest.com/pin/515732594830252259/?nic_v2=1a3pDaTGa



Promoted by
adidas







Promoted by
Target

Bloomingdale's



Ideas you might love


Low classic seoul

Urban Outfitters

Moda Operandi




Womens fashion





Stella mccartney adidas




High fashion

PRO


Cool street fashion





MATCHESFASHION

Promoted by
Vice Golf



Loser Machine

Anxiety Club

Hot Topic





Hot Topic

Ideas you might love

Promoted by
adidas

The Notorious B.I.G.

Promoted by
Target

Urban Outfitters

Moda Operandi




Love Surprises?

ADOREME




Low classic seoul


Womens fashion


Future fashion

Stella mccartney adidas














https://sistamelbourne.com/collections/new-in-clothing/products/kid-dangerous-boombox-tee    10/13/2020

Ph: 03 9533 1046    Contact Us    Styling    Gift Cards    AUD


## SISTA
### Melbourne

HOME    NEW IN    CLOTHING    ACCESSORIES    JEWELLERY    DESIGNERS    MY EX LOVER    FOR HIM    L'IL SISTA    SALE    STORE

**GET 10% OFF!**  Sign up to the SISTA Hood VIP Club!



Home / NEW IN - Clothing

KID DANGEROUS

# KID DANGEROUS BOOMBOX TEE

$99.95
or 4 x **$24.99** payments with 

SIZE

XS    SMALL    MEDIUM    LARGE    XL
XXL

**ADD TO CART**

**Men's Premium Black Graphic Tee**

Boomboxes are like a fine wine, they only get better with time. The Boomboxes Men's Premium Black T-Shirt is our testament to one of music's best inventions.

- 100% Cotton Fabric - Breathable & Durable
- Soft, High Quality Material
- Modern Fit - See Size Chart for Specs
- Signature Details - Zig Zag Stitch Neck Label, Woven Hem Tag

Share    Tweet    Pin it

## YOU MAY ALSO LIKE



TAHITIAN LIME JEWEL POTION
BRIEF BIKINI BOTTOMS

TAHITIAN LIME

$89.00



LULU ORGANICS NEW JERSEY
SWEATER

LULU ORGANICS

$109.95



RUE STIIC HADLEY PINK MAXI
DRESS

RUE STIIC

$269.90



Tahitian Lime Venice one Piece
Picasso Royale

TAHITIAN LIME

$169.95



GIRL DANGEROUS LOS
ANGELES SPIN THE BOTTLE
TANK

GIRL DANGEROUS

$59.95

← BACK TO NEW IN – CLOTHING

Search
About
Styling
Store Location / Contact Us
Shipping & Returns
Gift Cards
Privacy Policy
Terms & Conditions

GET 10% OFF!

Sign up to the SISTA Hood VIP Club!

Enter your email  ✉



SISTA MELBOURNE

We house a curated edit of Los
Angeles, European and artesian
Australian Designers.

© SISTA Melbourne 2020

Ph: 03 9533 1046    Contact Us    Styling    Gift Cards    AUD



HOME    NEW IN    CLOTHING    ACCESSORIES    JEWELLERY    DESIGNERS    MY EX LOVER    FOR HIM    L'IL SISTA    SALE    STORE

**GET 10% OFF!**  Sign up to the SISTA Hood VIP Club!

Home

KID DANGEROUS

# KID DANGEROUS UNISEX BOOMBOX TEE

$79.95

or 4 x **$19.99** payments with 

SIZE

Small    Medium    Large    Xl

ADD TO CART

Dance the night away in our Tropical Boombox Men's Premium Black Graphic Tee.

- 100% Cotton Fabric - Breathable & Durable
- Soft, High Quality Material
- Modern Fit - See Size Chart for Specs
- Signature Details - Zig Zag Stitch Neck Label, Woven Hem Tag

Share    Tweet    Pin it

RECENTLY VIEWED

