# EXHIBIT 3

Kid Dangerous Boombox Shirt





















**Boombox Artwork Reference Sheet**


**"BOOMBOX 06"**
(c) Lyle Owerko


**"BOOMBOX 10"**
(c) Lyle Owerko


**"BOOMBOX 11"**
(c) Lyle Owerko


**"BOOMBOX 22"**
(c) Lyle Owerko


**"BOOMBOX 23"**
(c) Lyle Owerko


**"BOOMBOX 24"**
(c) Lyle Owerko


**"BOOMBOX 29"**
(c) Lyle Owerko